IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN WELCH,** | : | |
| Petitioner | : | No. 1:25-cv-02254 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JESSICA SAGE, Warden Lewisburg,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 23rd day of December 2025, upon consideration of the application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 6) and the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Owen Welch (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. The IFP Application (Doc. No. 6) is **DENIED AS MOOT**;

3. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court shall **MAIL** a copy of this Order to Petitioner, see R. 4, 28 U.S.C. foll. § 2254; and

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania